# Third District Court of Appeal

## State of Florida

Opinion filed January 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0456
Lower Tribunal No. F14-24825B
_____

**Nathan Curry,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Nathan Curry, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.